PROB 12C
(6/16)

Report Date: October 8, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Michael Hannum          Case Number: 0980 2:20CR00030-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Donald Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 9, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 63 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | November 21, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | November 20, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: It is alleged that Mr. Hannum failed to notify his U.S. Probation officer at least 10 days before moving out of his last reported address on or about September 15, 2021.<br><br>On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.<br><br>On October 6, 2021, the undersigned reported to Mr. Hannum's last known and reported residence. It was at this time an unknown male answered the door and informed the undersigned that he had moved into this residence "weeks ago" and Mr. Hannum does not reside at this residence. The undersigned has attempted to contact Mr. Hannum via his cellular phone since September 28, 2021, though all calls and text messages have gone unreturned. Mr. Hannum's current whereabouts is unknown and he appears to be evading supervision. |

**Prob12C**
**Re: Hannum, Jeremy Michael**
**October 8, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 8, 2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/8/2021
Date