PROB 12C
(6/16)

Report Date: October 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Michael Hannum          Case Number: 0980 2:20CR00030-RMP-1

Address of Offender:                                      Spokane Valley, WA 99216

Name of Sentencing Judicial Officer:  The Honorable Donald Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 9, 2015

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 63 months              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Richard R. Barker               Date Supervision Commenced: November 21, 2019

Defense Attorney:      Kathryn Patricia Lucido         Date Supervision Expires: November 20, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/08/2021 and 10/13/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Hannum violated the conditions of his supervised release by using methamphetamine on or about October 18, 2021.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On October 25, 2021, Mr. Hannum provided a urinalysis that tested presumptive positive for methamphetamine at Pioneer Human Services. Thereafter, Mr. Hannum signed a document, stating he last used methamphetamine on or about October 18, 2021.

Prob12C
**Re: Hannum, Jeremy Michael**
**October 27, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/27/2021
Date