PROB 12C
(6/16)

Report Date: November 1, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2021

SEAN F. McAVOY, CLERK

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Michael Hannum          Case Number: 0980 2:20CR00030-RMP-1

Address of Offender:                              Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Donald Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 9, 2015

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 63 months          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Richard Barker              Date Supervision Commenced: November 21, 2019

Defense Attorney:        Kathryn Patricia Lucido      Date Supervision Expires: November 20, 2022

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/08/2021, 10/13/2021 and 10/27/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Hannum left the judicial district without the permission of the Court or his assigned U.S. probation officer on or about September 5, 2021.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On October 28, 2021, Mr. Hannum informed the undersigned that he left the judicial district on September 5, 2021, to attend a concert at the White River Amphitheater in Auburn, Washington, which is located in the Western District of Washington. |

Prob12C
**Re: Hannum, Jeremy Michael**
**November 1, 2021**
**Page 2**

5       **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On October 13, 2021, it is alleged that Mr. Hannum was untruthful with his assigned U.S. probation officer after an inquiry into his current address.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On October 28, 2021, Mr. Hannum informed the undersigned that he was untruthful when he was inquired about his current residence on October 13, 2021, as he provided an answer that was knowingly incorrect. On October 13, 2021, Mr. Hannum represented that he had moved back in with his daughter when in fact he was staying at unapproved residences and he subsequently apologized for his dishonesty.

6       **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Hannum used a controlled substance on or about October 27, 2021.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On October 28, 2021, Mr. Hannum admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about October 27, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      11/01/2021
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Hannum, Jeremy Michael**
**November 1, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the
     case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____11/2/2021_____
Date