PROB 12C
(6/16)

Report Date: November 9, 2021

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 09, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy Michael Hannum | Case Number: 0980 2:20CR00030-RMP-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Donald Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 9, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 63 months  TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker |
| | Date Supervision Commenced: November 21, 2019 |
| Defense Attorney: | Kathryn Patricia Lucido |
| | Date Supervision Expires: November 20, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/08/2021, 10/13/2021, 10/27/2021, and 11/01/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.  **Supporting Evidence**: It is alleged that Mr. Hannum used a controlled substance, to wit methamphetamine, on or about November 1, 2021.  On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.  On November 8, 2021, Mr. Hannum was directed to report to the U.S. Probation Office after he provided a urinalysis specimen that tested presumptive positive for methamphetamine on November 5, 2021. Mr. Hannum initially denied relapsing on methamphetamine. Upon reporting to the U.S. Probation Office, Mr. Hannum admitted to a U.S. probation officer, and |

Prob12C
**Re: Hannum, Jeremy Michael**
**November 9, 2021**
**Page 2**

      via a signed document, that he last used methamphetamine on or about November 1, 2021, and his urinalysis specimen tested presumptive positive for methamphetamine.

8      **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

      **Supporting Evidence**: It is alleged that Mr. Hannum used a controlled substance, to wit marijuana, on or about November 5, 2021.

      On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

      On November 8, 2021, Mr. Hannum was directed to report to the U.S. Probation Office after he provided a urinalysis specimen that tested presumptive positive for methamphetamine on November 5, 2021. Upon reporting to the U.S. Probation Office, Mr. Hannum admitted to a U.S. probation officer, and via a signed document, that he last used marijuana on or about November 5, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/09/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Hannum, Jeremy Michael
November 9, 2021
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

11/9/2021
Date