PROB 12C
(6/16)

Report Date: January 12, 2022

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy Michael Hannum | Case Number: 0980 2:20CR00030-RMP-1 |
| Address of Offender: ▮ | |

Name of Sentencing Judicial Officer:  The Honorable Donald Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 9, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 63 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: November 21, 2019 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: November 20, 2022 |

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/08/2021, 10/13/2021, 10/27/2021, 11/01/2021, and 11/09/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: It is alleged that Mr. Hannum violated the terms of his supervised released on January 4, 2022, as he failed to report to the U.S. Probation Office, as directed.<br><br>On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.<br><br>On December 29, 2021, Mr. Hannum was directed to report to the U.S. Probation Office on January 4, 2022. On January 4, 2022, Mr. Hannum failed to report to the U.S. Probation Office as directed, nor did he contact the undersigned in any manner. On January 7, 2022, the undersigned exchanged text messages with Mr. Hannum's collateral contact, in which it was relayed that Mr. Hannum needed to contact his U.S. probation officer. The collateral |

contact stated that the message was relayed and Mr. Hannum was going to contact the undersigned. As of this writing, Mr. Hannum has failed to contact the undersigned and he appears to be evading supervision.

10  **Special Condition # 1**: The defendant shall participate in and complete a program of substance treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, depending on the defendant's ability to pay, as determined by the United States Probation Officer.

**Supporting Evidence**: It is alleged that Mr. Hannum violated the terms of his supervised release by failing to participate in and/or complete a program of substance abuse treatment.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On December 23, 2021, Mr. Hannum successfully completed substance abuse inpatient treatment. As a part of Mr. Hannum's discharge plan from inpatient treatment, he was provided contact information for Pioneer Human Services (PHS) where he was to commence intensive outpatient treatment, in which he was provided an appointment date and time, along with PHS contact information. On December 29, 2021, Mr. Hannum informed the undersigned he was aware of his appointment date and time with PHS, and it was his intention to commence substance abuse treatment. As of this writing, per PHS, Mr. Hannum failed to show for his admit appointment, nor has he made contact with PHS to reschedule.

11  **Special Condition # 4**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing, depending on the defendant's ability to pay, as determined by the United States Probation Officer.

**Supporting Evidence**: It is alleged that Mr. Hannum violated the terms of his supervised release by being a "no show" for his urinalysis testing dates on January 5 and 11, 2022.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On December 29, 2021, Mr. Hannum was advised he would be placed on the phase urinalysis testing program at PHS. Mr. Hannum was further advised he would be on the urinalysis testing color brown. He was directed to call the testing line every day, and was to report to PHS on the days that brown was called, in order to submit to urinalysis testing. Per PHS, Mr. Hannum was a "no show" for urinalysis testing on January 5 and 11, 2022. Mr. Hannum was not excused from testing on these dates and he has not contacted the undersigned in any manner to offer explanation.

Prob12C
Re: Hannum, Jeremy Michael
January 12, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/12/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

### THE COURT ORDERS

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Roshana Malouf Peterson
Signature of Judicial Officer

1/12/2022
Date