PROB 12C
(6/16)

Report Date:  February 24, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Michael Hannum          Case Number: 0980 2:20CR00030-RMP-1

Address of Offender: ████████

Name of Sentencing Judicial Officer:  The Honorable Donald Malloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 9, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 63 months TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: November 21, 2019 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: November 20, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/08/2021, 10/13/2021, 10/27/2021, 11/01/2021, 11/09/2021, and 01/12/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: It is alleged that Mr. Hannum violated the terms of his supervised released on February 2, 2022, as he committed the offenses of attempt to elude and driving under the influence (DUI).

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On February 2, 2022, per Spokane County Sheriff's Office (SCSO) report 2022-10013178, at approximately 7:49 a.m., a SCSO deputy observed the driver of a hummer truck, who was later identified as Mr. Hannum,  run a red light. The deputy activated his emergency lights in his marked blue and white police vehicle in an attempt to stop the hummer truck. Instead of pulling over, Mr. Hannum accelerated rapidly to an estimated speed of 80 miles per hour (MPH) in a 25 MPH residential neighborhood zone.

Prob12C

**Re: Hannum, Jeremy Michael**
**February 24, 2022**
**Page 2**

Due to the high rate of speed Mr. Hannum was driving, he drove out of sight of the deputy. At approximately 7:56 a.m., the hummer truck was observed by an SCSO sergeant in front of a residence. Once Mr. Hannum observed the SCSO vehicles he ran into the residence from the garage. After a single announcement from the SCSO deputy, Mr. Hannum exited the residence and was detained without incident.

Mr. Hannum informed the SCSO deputy that he attempted to elude because he had been using illicit substances and was on federal supervision. Mr. Hannum consented to field sobriety tests and admitted that at approximately 5:30 a.m., he had used methamphetamine. Due to the totality of circumstances, Mr. Hannum's driving, statements, and performance on the field sobriety tests, the SCSO deputy believed Mr. Hannum operated a motor vehicle under the influence of a drug(s). Mr. Hannum was subsequently arrested and charged with DUI and felony attempt to elude. As of this writing, Mr. Hannum remains in state custody on these charges.

13      **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Hannum violated the terms of his supervised released on February 2, 2022, as he was in possession of methamphetamine and used methamphetamine on or about February 2, 2022.

On November 25, 2019, Mr. Hannum participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Hannum signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On February 2, 2022, per Spokane County Sheriff's Office (SCSO) report 2022-10013178, Mr. Hannum was arrested and charged with DUI and felony attempt to elude. Report 2022-10013178 notes that Mr. Hannum admitted to being a methamphetamine user and that he last used methamphetamine on or about February 2, 2022, at 5:30 a.m.. The SCSO deputy noted that he observed a track mark, as well as fresh injection marks on the inside crook of Mr. Hannum's right arm near his elbow. Mr. Hannum also informed the SCSO deputy that there was a plastic baggie on the front passenger's side of his hummer truck that he was in possession of on or about February 2, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      February 24, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C

**Re: Hannum, Jeremy Michael**
**February 24, 2022**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[ x]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

_____
                              2/25/2022
Date